IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01894-WYD-MJW

LINDA RENEAU,

Plaintiff(s),

v.

SECOND ROUND, LP, a Texas limited partnership,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion for Pretrial Protective & Inadvertent Disclosure Order on Behalf of Second Round, LP (docket no. 27) is GRANTED IN PART AND DENIED IN PART for the following reasons.

     The court finds that good cause has been shown for the entry of a protective order. However, the proposed Protective Order (docket no. 27-1) proffered by the Defendant is inconsistent with *Gillard v. Boulder Valley Sch. Dist. RE-2*, 196 F.R.D. 382 (D. Colo. 2000); and *Alattar v. Bell*, 2014 WL 2566251 (D. Colo. June 6, 2014). Furthermore, this court has rejected generalized non-specific affidavits like, Ms. Saundra Burrus' affidavit (docket no. 29), as establishing confidentiality of information. *See Lassiter v. Integrity Solution Services, Inc.*, 2013 WL 5630066 (D. Colo. Oct. 15, 2013).

     It is FURTHER ORDERED that this court approves the proffered Protective Order (docket no. 30-2) by the Plaintiff, and such Protective Order is made an Order of Court.

Date: November 20, 2014